IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KIARA Q. WESTMORELAND                                   PLAINTIFF

V.                                                   CASE NO. 3:19-CV-00111-DMB-JMV

LINH VIET NGUYEN, ET AL                                 DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand... will stay the attorney conference and disclosure requirements and all discovery **not relevant to the remand**… and will stay the parties' obligation to make disclosures pending the court's ruling on the motion..." L.U. Civ. R. 16(b)(1)(B) (emphasis added). A motion to remand [26] has been filed. Therefore, staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the motion to remand. Parties must promptly notify the magistrate judge of any order denying the motion to remand and must promptly submit an order lifting the stay.

**SO ORDERED** this, Tuesday, July 9, 2019.

                                              /s/ Jane M. Virden
                                              **UNITED STATES MAGISTRATE JUDGE**